UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                                     )
       v.              )  Criminal No. 09mj711
                                     )
MANI M. BATCHU,        )
                                   )
     Defendant.    )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C.§ 3142(e) and (f).

    1.   <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all the apply):

        __X__ Crime of violence (18 U.S.C.§ 3156)

        __X__ Maximum sentence life imprisonment or death

        ____ 10 plus years drug offense

        ____ Felony, with two prior convictions in above categories

        __X__ Serious risk defendant will flee

        __X__ Serious risk of obstruction of justice

    2.   <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

        __X__ Defendant's appearance as required

        __X__ Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant under U.S.C.§ 3142(e). (If yes) The presumption applies because (check one or both):

> \_\_\_\_ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C.§ 924(c)

> \_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4.  <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

> \_\_\_\_ At first appearance

> _X_ After continuance of _3_ days (not more than 3)

5.  <u>Witnesses</u>. The United States intends to call the following witnesses:

_____

_____

_____

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

6.  <u>Other Matters</u>.

_____

_____

_____

                              Respectfully submitted,

                              MICHAEL K. LOUCKS
                              Acting United States Attorney

                         By:  _____
                              KEVIN O'REGAN
                              Assistant U.S. Attorney

Dated: September 17, 2009

## CERTIFICATE OF SERVICE

Hampden,  ss.                        Springfield, Massachusetts
                                     September 17, 2009


     I, Kevin O'Regan, Assistant U.S. Attorney, do hereby
certify that I will serve a copy of the foregoing by handing
said motion to the defendant.

                              _____
                              KEVIN O'REGAN
                              Assistant U.S. Attorney